USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**RECEIVED**
DEC 0 9 2008
US ATTY
SPOKANE WA

In the United States District Court

for the _____ DISTRICT OF OREGON

UNITED STATES OF AMERICA

V.

KENNETH JOHN FREEMAN

CRIMINAL NUMBER: CR 07-29 MO

**CR-08-6087-LRS**

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 16 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

I, Kenneth John Freeman, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Eastern District of Washington in which I, am held, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 12/15  20 08 at Spokane, WA

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
_____ District of
Oregon

_____
United States Attorney for the
Eastern _____ District of
Washington