IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 07-29-MO |
| ) | |
| v. ) | **INDICTMENT** |
| ) | [18 U.S.C. §§ 2251(a), (e); |
| KENNETH JOHN FREEMAN, ) | 18 U.S.C. § 2423(a)] |
| ) | *Filed Under Seal* |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

COUNT ONE

Sometime on or about May 13, 2000, the exact date being unknown, in the District of Oregon, defendant KENNETH JOHN FREEMAN knowingly employed, used, induced, enticed, or coerced *KNF*, a minor, to engage in sexually explicit conduct, namely masturbation and oral-genital intercourse, for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction was produced using materials that were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, and was actually transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

PAGE 1 -    INDICTMENT

## COUNT TWO

Sometime on or about May 12-13, 2000, the exact date being unknown, defendant KENNETH JOHN FREEMAN knowingly and unlawfully transported *KNF*, a minor, from the State of Washington to the State of Oregon with the intent that said minor engage in sexually explicit conduct, namely masturbation and oral-genital intercourse, for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction was produced using materials that were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, and was actually transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE

Sometime on or about May 12-13, 2000, the exact date being unknown, defendant KENNETH JOHN FREEMAN knowingly and unlawfully transported *KNF*, an individual who had not then attained the age of 18 years, in interstate commerce from the State of Washington to the State of Oregon, with the intent that such individual engage in sexual activity under such circumstances as would constitute a criminal offense by any person under Oregon state law, namely ORS

163.405(1) and 163.427(1), all in violation of Title 18, United States Code, Section 2423(a).

DATED this ____23____ day of January 2007.

A TRUE BILL.

Presented by:
KARIN J. IMMERGUT
United States Attorney

_____
GARY Y. SUSSMAN
Assistant United States Attorney

_____
PAMALA HOLSINGER
Assistant United States Attorney

PAGE 3 -   INDICTMENT