# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. CR-07-06008-LRS-1 |
| --- | --- |
| Plaintiff, | CR-08-06087-LRS-1 |
| | **CRIMINAL MINUTES** |
| vs. | DATE:  12/17/08 |
| | **LOCATION: SPOKANE** |
| KENNETH JOHN FREEMAN, | |
| Defendant. | **CHANGE OF PLEA HEARING** |

### Judge LONNY R. SUKO

| Laura McClure/Michelle Fox | Beth Ross | N/A | Debra Clark |
| --- | --- | --- | --- |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie J. Lister<br>Gary Sussman<br>Adrienne Farabie<br>**Plaintiff's Counsel** | | Carl J. Oreskovich<br>Andrew Kohlmetz<br>**Defendant's Counsel** | |
| **Probation Officer:** Brenda Challinor | | | |

[ X ]  **Open Court**          [  ]   **Chambers**          [  ]   **Telecon**

Defendant **present,** in custody of the US Marshal
Court accepted Transfer of Jurisdiction in CR-08-06087-LRS-1 from Oregon..

Oath administered to defendant for change of plea.

Plea Agreement signed and filed.
Court advises defendant of Constitutional Rights given up by plea of guilty
Government presents elements and basis for plea.

Court finds: defendant is competent, plea is knowing, voluntary, intelligent, know what maximum penalties are, know what rights are, factual basis for plea, Court accepts plea and orders pre-sentence report.

Order Accepting Guilty Plea to Count 1 of Indictment(CR-07-06008-LRS) signed and filed;
Order Accepting Guilty Plea to Counts 1&3 of Indictment filed in CR-07-29-MO in District of Oregon (Rule 20 Transfer CR-07-06087-LRS) signed and filed;
Pre-Sentence Report ordered.  Order Re Sentencing Schedule signed and filed.

All pending motions denied as moot
Remaining Counts to be dismissed at sentencing

**Sentencing Hearing set: 3/25/09 @ 10:00 am   S/LRS** (2 Hr)

**[X] ORDERS FORTHCOMING**

| CONVENED: 10:35 AM | ADJOURNED: 11:15 AM | TIME: 40 MINUTES | CALENDARED [  ] |
| --- | --- | --- | --- |