James A. McDevitt
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KENNETH JOHN FREEMAN, ) <br> ) <br> Defendant. ) | 08-CR-06087-LRS <br><br> Motion to File United States' Sentencing Memorandum and Motion for Upward Departure or Variance Under Seal |

Plaintiff, United States of America, by and through James A. McDevitt, United States Attorney for the Eastern District of Washington, and Stephanie J. Lister, Assistant United States Attorney for the Eastern District of Washington, moves the court for an order to file the United States' Sentencing Memorandum and Motion for Upward Departure or Variance under seal in order to protect the privacy of the victim and the victim's family.

DATED March 18, 2009.

                                         James A. McDevitt
                                       United States Attorney

                                       s/Stephanie J. Lister

                                       Stephanie J. Lister
                                       Assistant United States Attorney

1  I hereby certify that on March 18, 2009, I electronically filed the foregoing
2  with the Clerk of the Court using the CM/ECF System which will send
3  notification of such filing to the following, and/or I hereby certify that I have
4  mailed by United States Postal Service the document to the following non-
5  CM/ECF participant(s):

Carl J. Oreskovich
Attorney at Law
618 W. Riverside, 2nd Floor
Spokane, Washington  99201

s/Stephanie J. Lister

Stephanie J. Lister
Assistant United States Attorney

Motion to File United States' Sentencing Memorandum Under Seal - 2
P90318jm.SLA.wpd