# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 08-CR-06087-LRS |
| vs. ) | |
| ) | Order To File United Sates' |
| KENNETH JOHN FREEMAN, ) | Sentencing Memorandum and |
| ) | Motion for Upward Departure |
| Defendant. ) | or Variance Under Seal |

Upon motion by the Government,

IT IS ORDERED that:

1. The United States' Motion to File United States' Sentencing Memorandum and Motion for Upward Departure or Variance Under Seal, Ct. Rec. 15, is GRANTED.

2. The United States Attorney's Office may file the United States' Sentencing Memorandum and Motion for Upward Departure or Variance under seal.

DATED this 19TH day of March, 2009.

*S/ Lonny R. Suko*

_____
Lonny R. Suko
United States District Judge

Order to File Under Seal
Freeman Order 2.wpd