Carl J. Oreskovich
Etter, McMahon, Lamberson, Clary,
Troppmann & Oreskovich, P.C.
Bank of Whitman, 2nd Floor
618 West Riverside Avenue
Spokane, Washington 99201
(509)747-9100
(509)623-1439 Fax
carl@ettermcmahon.com
Attorneys for Defendant Freeman

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR-07-6008-LRS-1 |
| Plaintiff, | ) | NO.  CR-08-6087-LRS |
| v. | ) | **PARTIAL WITHDRAWAL OF OBJECTION NO. 2** |
| KENNETH JOHN FREEMAN, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, KENNETH JOHN FREEMAN, by and through his attorney CARL J. ORESKOVICH of ETTER, MCMAHON, LAMBERSON, CLARY & ORESKOVICH, P.C., and withdraws that portion of objection No. 2, asserting that he did not have anal sex with the victim.  The remainder of paragraph 2 of the

ETTER, MCMAHON, LAMBERSON, CLARY,
TROPPMANN & ORESKOVICH, P.C.
BANK OF WHITMAN, 2ND FLOOR, 618 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2
Defendant's objections filed March 16, 2009, remains in tact.

3
4
        DATED at Spokane, Washington, on the 24th day of March,

5
2009.

6

7

8
                                /s/ Carl J. Oreskovich
9
                                CARL J. ORESKOVICH, WSBA 12779
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

ETTER, M$^{C}$MAHON, LAMBERSON, CLARY,
TROPPMANN & ORESKOVICH, P.C.
BANK OF WHITMAN, 2ND FLOOR, 618 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201   (509) 747-9100

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2009, I electronically filed the following document:

**PARTIAL WITHDRAWAL OF OBJECTION NO. 2**

with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

**Stephanie Joyce Lister**
**USAWAE.SListerECF@usdoj.gov**

                    /s/Carl J. Oreskovich
                    CARL J. ORESKOVICH, WSBA 12779
                    ETTER, McMAHON, LAMBERSON,
                    CLARY & ORESKOVICH, P.C.
                    Bank of Whitman, Suite 210
                    618 West Riverside Avenue
                    Spokane, WA  99201
                    (509)747-9100
                    (509)623-1439 Fax
                    Email:  carl@ettermcmahon.com

                    Attorney for Defendant Kenneth John Freeman

[]Q:\Carl\Carl's E&M Client Files\Freeman, Kenneth John (4449)\Pleadings\Partial Withdrawal of Objection No. 2 - 3.24.09.doc[]

ETTER, McMAHON, LAMBERSON, CLARY,
TROPPMANN & ORESKOVICH, P.C.
BANK OF WHITMAN, 2ND FLOOR, 618 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201   (509) 747-9100